Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Yolanda Tapia, Rodolfo Tapia Lopez )
) Case No: 3:15-CV-01831-LB
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Brownlee, IAN, et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Myrna Alvarez, an active member in good standing of the bar of Illinois Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Yolanda Tapia, Rodolfo Tapia Lopez in the above-entitled action. My local co-counsel in this case is Peter Duong, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 825 Washington Street, Suite 302<br>Oakland, CA 94607 | 584 Castro Street, No. 290<br>San Francisco, CA 94114 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (510) 465-1400 | (415) 613-7605 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| alvarezimmigration@yahoo.com | peter@pdimmigration.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6257860.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/06/15

Myrna Alvarez
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Myrna Alvarez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 17, 2015

UNITED STATES DISTRICT/XXXXXXXXXX JUDGE

PRO HAC VICE APPLICATION & ORDER                         *October 2012*